JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| OSCAR MACHADO,<br><br>                Petitioner,<br><br>    v.<br><br>B. CASH WARDEN,<br><br>                Respondent. | CV 11-1444-CAS (SH)<br><br>JUDGMENT |

       Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

       IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed.

DATED: June 9, 2011

_____

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1